IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE FRANK STEPHENSON,
    Plaintiff,

vs.                                          Case No.   3:11cv145/LAC/CJK

L. RACHAL, et al.,
    Defendants.
_____

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 27, 2012. (Doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

DONE AND ORDERED this 18th day of September, 2012.


                     s/*L.A. Collier*
                     LACEY A. COLLIER
                     SENIOR UNITED STATES DISTRICT JUDGE